```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 47566
   RICHARD R BROWNE
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

          Debtor
   SSN XXX-XX-3466
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/10/05 and confirmed on 02/28/06.

   2.  The case was converted to Chapter 7 after confirmation, 05/01/2007.

   3.  The Debtor paid a total of $  22869.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN BUILDINGS CO | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| CONSTANTINE & JANICE KON | UNSECURED | 16217.11 | .00 | .00 |
| JP MORGAN CHASE BANK | SECURED | 78411.83 | .00 | 20527.66 |
| LELAND R GEORGE | UNSECURED | 24317.72 | .00 | .00 |
| LINDSAY & ASSOC INC | UNSECURED | 17924.47 | .00 | .00 |
| NORTHWEST PRIMARY CARE | UNSECURED | NOT FILED | .00 | .00 |
| NW SUBURBAN IMAGING CONS | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 153.50 | .00 | 153.50 |
| CAPITAL ONE BANK | UNSECURED | 1857.59 | .00 | .00 |

        Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 78565.33 | .00 | 60316.89 | .00 | 138882.22 |
| PRINCIPAL PAID | 20681.16 | .00 | .00 | .00 | 20681.16 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 20681.16 | .00 | .00 | .00 | 20681.16 |

The Debtor's attorney, COSTELLO & COSTELLO          , was allowed $  2200.00
and was paid $    1006.00  direct and $    1194.00  through the plan.

The Trustee received $      993.84 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 08/17/07                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                             PAGE  2
        CASE NO. 05 B 47566 RICHARD R BROWNE
```